IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DEBRAH PICKERING and WESLEY STEVENS, Attorneys-in-Fact for PAULYNE STEVENS,<br><br>Plaintiffs,<br><br>v.<br><br>URBANTUS, LLC d/b/a EMERITUS AT URBANDALE,<br><br>Defendant. | Civil No. 4:11-cv-00411<br><br>**PLAINTIFFS' MOTION FOR JOINDER OF ADDITIONAL DEFENDANT** |

COME NOW THE PLAINTIFFS, Debrah Pickering and Wesley Stevens, Attorneys-in-Fact for Paulyne Stevens, and hereby move for joinder of Defendant, Emeritus Corporation d/b/a Emeritus at Urbandale, pursuant to 28 U.S.C. Section 1447(e).

RESPECTFULLY SUBMITTED,

/s/ Mark S. Pennington
Mark S. Pennington          AT0006144
KUTMUS and PENNINGTON, P.C.
604 Locust St., Suite 618
Des Moines, Iowa 50309
(515) 288-3339
(515) 288-8629 fax
mark@kutmusandpennington.com

- and -

/s/ S.P. DeVolder
S.P. DeVolder          AT0001876
THE DEVOLDER LAW FIRM
1228 Sunset Drive, Suite C
Norwalk, IA 50211-2401
(515) 981-5150
(515) 981-5156 fax

steven.devolder@devolderlawfirm.com
ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby declare that on the 26th day of September, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Christopher Jannes
Kendall Watkins
215 - 10th St., Ste. 1300
Des Moines, IA 50309
*Attorneys for Defendants*

/s/ S.P. DeVolder